

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00432-CR

Charles David **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 23-03-00043-CRK
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 30, 2024.

Luz Elena D. Chapa, Justice